IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WALTER H. CARY, III,

    Petitioner,
v.                                                            CASE NO. 1:09-cv-223-MP-AK

CLAY COUNTY, FL

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1, Petition for Writ of Mandamus, filed by Walter H. Cary, III. Petitioner is currently incarcerated in the Clay County Jail in Green Cove Springs, Florida, and complains about a variety of issues associated with his detention in that facility. Jurisdiction is therefore appropriate in the United States District Court for the Middle District of Florida, as the district of confinement and the location of the persons who allegedly require compulsion to act. Even if Petitioner's suit were construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petitioner is a pretrial detainee and complains about his counsel and about excessive bail) or as a civil rights complaint pursuant to 42 U.S.C. § 1983 (Petitioner claims a denial of access to the courts), rather than as a mandamus petition under 28 U.S.C. § 1651, under no circumstances is this cause properly filed here.

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this  *3rd* day of November, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**