IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WALTER H CARY, III,

    Petitioner,

v.                                            CASE NO. 1:09-cv-00223-MP-AK

CLAY COUNTY FL,

    Respondent.

_____/

# **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation regarding the Petition for Writ of Habeas Corpus, filed by Walter H Cary, III, Doc. 1. The Magistrate has recommended this case be transferred to the United States District Court for the Middle District of Florida. No objections have been filed, and the time for doing so has passed. Finding the Magistrate's analysis correct, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate's Report and Recommendation, Doc. 4, is ADOPTED and incorporated herein.

2.     This case is TRANSFERRED to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this __2nd__ day of December, 2009



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge